AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: 1:07M8A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sarunn Phan

I certify that I am admitted to practice in this court.

1-26-07
Date

Mary S. McElroy
Signature

Mary S. McElroy
Print Name

4830
Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE
City

RI
State

02903
Zip Code

(401) 528-4281
Phone Number

(401) 528-4285
Fax Number