AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Sarvnn Phan

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07M8A

**I, Sarvnn Phan, charged in a ☑ complaint ☐ petition pending in this District with possession of a firearm after felony conviction in violation of Title 18, U.S.C., 922(g)(1),**

**and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.**

Sarunn Phan
*Defendant*

1-30-07
*Date*

Mary L. McElroy
*Counsel for Defendant*