1279128

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

SARUNN PHAN

## WARRANT FOR ARREST

Case Number: 1:07M8A

JAN 26 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SARUNN PHAN

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

being a felon in possession of a firearm

in violation of Title 18 United States Code, Section(s) 922 (g)(1)

LINCOLN D. ALMOND

Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE

Title of Issuing Officer

1/26/07 Providence RI

Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by ATF | | |
| DATE RECEIVED 01/26/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 01/26/2007 | | |