✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

V.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name

Bar Number

Address

City

State

Zip Code

Phone Number

Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset